This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**ALBUQUERQUE HOME LOANS, LLC,**
**a New Mexico limited liability company,**

Plaintiff/Counterdefendant/Appellee,

**v.**                                                        **No. 30,418**

**BUSTOS, LLC, a New Mexico limited**
**liability company, and**

Defendant/Counterclaimant/Cross-Claimant/Appellant,

and

**MICHAEL BENNETT, trustee of the**
**Bennett Living Trust,**

Defendant/Counterclaimant/Cross-Defendant/Appellee,

and

**JANE DOE, true name unknown, spouse of former**
**defendant Owyhee Allen, JOHN DOE and JANE DOE 1,**
**true names unknown, tenants, occupiers, or possessors,**

Defendants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Valerie Mackie Huling, District Judge**

Robert S. Simon

Albuquerque, NM

for Appellees Albuquerque Home Loans, L.L.C.
and Michael Bennett
Joseph L. Wernitz
Albuquerque, NM

for Appellant Bustos, L.L.C.

**MEMORANDUM OPINION**

**CASTILLO, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**

_____
**CYNTHIA A. FRY, Chief Judge**

_____

**JAMES J. WECHSLER, Judge**